UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN WISYANSKI, KAI QUASNE, AND DIONE WISYANSKI,<br>Plaintiffs,<br>v.<br>COUNTY OF EL DORADO, ET AL.,<br>Defendants. | No. 2:26-cv-01860-JAM-AC<br>**ORDER GRANTING DEFENDANT COUNTY OF EL DORADO'S MOTION FOR ATTORNEYS' FEES;**<br>**ORDER AMENDING JUDGEMENT** |

Defendant County of El Dorado's ("County") Motion for Attorneys' Fees was filed on October 20, 2026 (ECF No. 37). Having considered the papers filed in support of this unopposed motion (ECF No. 43), the supplemental declaration in support (ECF No. 42), the record in this action, and the arguments of counsel, the Court finds and orders as follows:

1. The County is the prevailing party. The Court dismissed the First Amended Complaint with prejudice for the reasons stated on the record on September 22, 2026, including the independent count-by-count grounds stated in the County's motion to dismiss, which the Court adopted. (ECF No. 32; Hr'g Tr. 6:23-8:10.) Judgment was entered for the County the same day. (ECF

No. 33.) The Court clarifies its Order granting the County's motion to dismiss and amends the Judgment as follows:

> **Dismissal is without prejudice insofar as it rests on the <u>Rooker-Feldman</u> doctrine, or <u>Younger</u> abstention and bars Plaintiffs' requests in the First Amended Complaint ("FAC") for injunctive and declaratory relief directed at the state court's dependency orders (FAC ¶¶ 71, 71a, 75). In all other respects, the dismissal of Plaintiffs' claims is with prejudice.**

2. Plaintiffs' action was frivolous, unreasonable, and without foundation. <u>Christiansburg Garment Co. v. EEOC</u>, 434 U.S. 412, 421 (1978).

3. The hourly rates of $290 for Andrew T. Caulfield and $275 for Joe Little are reasonable, and the 75.7 hours claimed were reasonably incurred because of Plaintiffs' frivolous claims under 42 U.S.C. § 1983.

4. The motion is GRANTED. The County is awarded $22,007.50 in attorneys' fees under 42 U.S.C. § 1988(b), payable by Plaintiffs Lauren Wisyanski, Kai Quasne, and Dione Wisyanski, jointly and severally.

IT IS SO ORDERED.

Dated: November 17, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE